IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMA BARTHOLOMEW MAHER, | * | CIVIL ACTION |
| INDIVIDUALLY AND ON BEHALF OF | * | |
| THE ESTATE OF DARREN JOSEPH | * | NO. _____ |
| MAHLER AND HER MINOR SON, | * | |
| NICHOLAS JOHN MAHLER | * | |
| | * | SECTION _____ |
| VERSUS | * | |
| | * | MAGISTRATE _____ |
| AETNA LIFE INSRUANCE  COMPANY | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR BREACH OF CONTRACT; AND BAD FAITH

NOW INTO COURT, through undersigned counsel, comes Norma Bartholomew Mahler, individually and on behalf of the Estate of Darren Joseph Mahler, and her minor son, Nicholas John Mahler (hereinafter collectively referred as "Plaintiffs"), a person of the full age of majority domiciled in and a resident of the Parish of Jefferson, alleges as follows:

### THE PARTIES

**1.**

The defendants (hereinafter collectively referred to as "Defendant") herein are:

A.      Aetna Life Insurance Company, an insurance company authorized to do and doing business in this Parish and State.

**2.**

Diversity exists between the parties and the amount in controversy exceeds $75,000.00, therefore jurisdiction lies with this honorable court.

**3.**

That on September 21, 2014, upon information and belief, there was in full force and effect a policy of life insurance under Group Policy No. GP-050398 issued by defendant, Aetna Life Insurance Company, to plaintiff, Darren Joseph Mahler, for the liability asserted herein.

## VENUE

**4.**

That all of the following acts and/or omissions occurred within the Eastern District of Louisiana thus venue is proper.

## FACTS

**5.**

That September 21, 2014, plaintiff, Darren Joseph Mahler, was operating a gyrocopter for airborne personal transportation purposes, the decedent Darren Joseph Mahler had carefully and cautiously attempted to take off from the south end of the runway at St. John Parish airport heading north.  After taking off and becoming airborne the aircraft climbed to approximately 250-300 feet off the ground when it began to make a leftward turn to the west when, suddenly and without warning, the two rotor blades on the aircraft, which cause the aircraft to gain and lower altitude, both folded upward depriving the aircraft of further lift.  As a result, decedent, Darren Joseph Mahler, was unable to control the aircraft thereby causing him to plummet and crash to the ground in an adjacent canal that runs parallel to the runway.

**6.**

That the plaintiff, Darren Joseph Mahler, sustained fatal injuries as a consequence of the accident.

**7.**

That defendant, Aetna Life Insurance Company, should honor any and all life insurance policies, and to pay any and all additional benefits under their policy for Darren Joseph Mahler, wherein they have committed bad faith by not honoring any and all insurance policies and contracts, thus denying any and all claims without probable cause and in an arbitrary and capricious manner, all in accordance with L.S.A.-R.S. 22:658 and 22:1220.

**10.**

That the plaintiffs are due all reasonable expert fees and deposition costs relative to bringing this matter to trial, along with judicial interest from the date of judicial demand.

**WHEREFORE,** your plaintiffs pray for the service and citation of this petition upon the defendants and after legal delays and due proceedings, that there be judgment rendered herein in favor of the plaintiffs, Norma Bartholomew Mahler, individually and on behalf of the Estate of Darren Joseph Mahler, and her minor son, Nicholas John Mahler and against the defendant, Aetna Life Insurance Company in a sum reasonable and adequate in the premises.

Plaintiffs further pray for all general and equitable relief.

Respectfully submitted,

THE LAW OFFICES OF FRANK D. IPPOLITO


  s/ Frank D. Ippolito
FRANK D. IPPOLITO (#23611)
Attorney for Plaintiffs
700 W. Judge Perez Drive, Suite 101, Chalmette
2201 Williams Blvd., Kenner
Mailing Address: Post Office Box 428
Chalmette, Louisiana  70044-0428
Telephone:  (504) 276-5500, (504) 467-7226
Facsimile: (504) 276-5530

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMA BARTHOLOMEW MAHER, | * | CIVIL ACTION |
| INDIVIDUALLY AND ON BEHALF OF | * | |
| THE ESTATE OF DARREN JOSEPH | * | NO. _____ |
| MAHLER AND HER MINOR SON, | * | |
| NICHOLAS JOHN MAHLER | * | |
| | * | SECTION _____ |
| VERSUS | * | |
| | * | MAGISTRATE _____ |
| AETNA LIFE INSRUANCE COMPANY | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ST. BERNARD

     **BEFORE ME,** the undersigned authority, personally came and appeared:

     **NORMA BARTHOLOMEW MAHLER**

     Who, after being duly sworn by me, Notary, did depose and state:

     That he is petitioner in the above and foregoing Complaint for Breach of Contract; and Bad Faith

     That he has read the above and foregoing pleading, and all of the facts contained therein are true and correct to the best of his knowledge, information and belief.

_____
NORMA BARTHOLOMEW MAHLER

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _____ DAY

OF _____, 2015.



_____
NOTARY PUBLIC

FRANK D. APOLLO_____
NOTARY'S PRINTED NAME

53948_____
NOTARY BAR NO.